UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Savills Inc., | |
| Plaintiff, | |
| v. | |
| Doug Jamieson, et al., | |
| Defendants. | |

25-CV-9943 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's Motion to Seal, ECF No. 6, the Motion for Expedited Discovery, ECF No. 10, and its accompanying Memorandum of Law in Support, ECF No. 11.

Defendants are **DIRECTED** by Friday, December 5, 2025 to submit a letter, not to exceed four (4) pages, responding to Plaintiff's Motion to Seal, ECF No. 6.  Defendants are further **DIRECTED** by Tuesday, December 16, 2025 to submit their opposition, in compliance with the Local Rule 7.1, to Plaintiff's Motion for Expedited Discovery.  Plaintiff shall have an opportunity to reply by Tuesday, December 23, 2025.

Plaintiff is **DIRECTED** to serve Defendants with a copy of this Order by today, December 3, 2025 and to enter proof of such service on the docket.

SO ORDERED.

Dated:  December 3, 2025
        New York, New York

_____
DALE E. HO
United States District Judge