UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVILLS INC.,<br>Plaintiff(s),<br>v.<br>DOUG JAMIESON; NOHM, INC.; and DOES NOS. 1-50,<br>Defendant(s). | 25-CV-09943 (DEH)<br>ORDER |

DALE E. HO, United States District Judge:

Plaintiffs and Defendant Doug Jamieson have both requested to seal the discovery letter motion filed in ECF No. 49, with Plaintiff requesting conditional sealing and Defendant requesting permanent sealing. ECF No. 52 (Plaintiff's request to seal); ECF No. 56 (Defendant's request to seal). The request to conditionally seal ECF No. 49 is **GRANTED**, pending resolution of the dispute concerning permanent sealing.

Defendant Doug Jamieson additionally requested further relief in the form of (i) an order for Plaintiff to contact all docket aggregators and commercial services that potentially downloaded ECF No. 49 and request its deletion, and (ii) a reminder for Plaintiff to comply with the Protective Order. ECF No. 56. The parties shall appear for a telephonic status conference at the below date, time, and location.

The court is in further receipt of Plaintiff's letter motion for a discovery conference regarding the expedited deposition of non-party Patrick McGrath, ECF Nos. 53 and 54, and Defendant NOHM, Inc.'s letter motion for a discovery conference in opposition to the motion to compel the expedited deposition and to discuss the scope of discovery. The request for a discovery conference to discuss all pending discovery issues is **GRANTED.**

All parties shall attend a conference on **October 27, 2026** at 3:00 PM via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the phone conference ID: 941 641 00#.

By **Friday, October 23**, Plaintiff is directed to respond to Defendant Doug Jamieson's request for additional relief regarding sealing, ECF No. 56, in a letter not to exceed two (2) pages.

The Clerk of Court is respectfully directed to close ECF Nos. 52, 53, and 54.

SO ORDERED.

Dated: October 21, 2026
New York, New York

DALE E. HO
United States District Judge