UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVILLS INC.,

Plaintiff,

v.

DOUG JAMIESON; NOHM, INC.; and DOES NOS. 1-50,

Defendant.

25-CV-9943 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiff Savills Inc. ("Savills"), and Defendants NOHM, Inc. ("NOHM") and Doug Jamieson ("Jamieson") (collectively, "Defendants") participated in a discovery conference on October 27, 2026, in which the below items were ordered, memorialized herein:

1. Defendant Jamieson's October 2, 2026 Letter Motion to permanently seal ECF No. 49 (ECF No. 56) is **GRANTED**. A public, redacted version of this letter is viewable at ECF No. 53.

2. Plaintiff's motion to compel the deposition of NOHM co-founder Patrick McGrath, incorporated within its September 29, 2026 Letter Motion for Discovery Conference, ECF No. 53 is **GRANTED**. The deposition is ordered to take place by or on **November 20, 2026.** For the reasons stated at the conference, any subsequent deposition of Patrick McGrath will be permitted only upon a showing of good cause, and will be limited to documents not available and issues not known to Plaintiff as of the date of his initial deposition.

3. The parties are directed to jointly submit a case management plan by **December 11, 2026** to address the course of the case. A case management plan template is available on the Judge's individual judicial webpage.

SO ORDERED.

Dated: October 27, 2026
New York, New York

DALE E. HO
United States District Judge